ROMAIN POYET, as Administrator of the Estate of ULISSES POYET, Deceased, Respondent, *v.* CHARLES ROHE, Doing Business under the Name of ROHE & BROTHER, Appellant.

*Poyet* v. *Rohe,* 110 App. Div. 892, affirmed.
(Argued January 15, 1907; decided February 1, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 12, 1906, affirming a judgment in favor of plaintiff

entered upon a verdict and an order denying a motion for a new trial in an action to recover for the alleged negligent killing of plaintiff's intestate.

*Edwin A. Jones* for appellant.

*Willard N. Baylis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, HISCOCK and CHASE, JJ. Dissenting: GRAY and WERNER, JJ.